UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH LAUFER,

        Plaintiff,

vs.

DHANI, LLC, and
DHANI & KIRAV, LLC,
        Defendant.

**VOLUNTARY DISCONTINUANCE**

Case No. 8:20-CV-0376 (BKS/ML)

**NOTICE IS HEREB GIVEN** by the undersigned attorney of record for the plaintiff in the above entitled action, to wit, no party hereto is an infant or incompetent person for whom a conservator has been appointed, that this action over and against co-defendant DHANI & KIRAV, LLC, only, is hereby voluntary discontinued without prejudice and without costs to any party. The action against DHANI LLC shall continue.

Dated: April 24, 2020

Law Offices of Peter Sverd, PLLC
Attorneys for Plaintiff
225 Broadway - Suite 613
New York, NY 10007
(646) 751-8743
Psverd@sverdlawfirm.com

**IT IS SO ORDERED:**

**Brenda K. Sannes**
**U.S. District Judge**

**Dated:** April 28, 2020
Syracuse, NY